Argued May 15, affirmed July 5, 1978

JOE WILSON, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY, *Respondent.*

(No. 12-77-078, CA 9937)

576 P2d 387

Marianne Oswald, Deputy Public Defender, Salem, argued the cause for petitioner. With her on the brief was Gary D. Babcock, Public Defender, Salem.

Scott McAlister, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton, Tanzer and Buttler, Judges.

PER CURIAM.

Affirmed. *Melton v. OSCI,* 34 Or App 951, 580 P2d 572 (1978); *Mason v. OSCI,* 34 Or App 329, 332, 578 P2d 808 (1978).